PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jason D. Hotchkiss | Case Number: 2:13PO80069-JTR-1 |
| Name of Sentencing Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge | |
| Date of Original Sentence: April 22, 2014 | Type of Supervision: Probation |
| Original Offense: Possession of a Controlled Substance, 36 U.S.C. § 2.35 | Date Supervision Commenced: April 22, 2014 |
| Original Sentence: 12 months probation | Date Supervision Expires: April 21, 2015 |

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

18   You shall complete 40 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than February 1, 2015.

**CAUSE**

On July 14, 2014, Mr. Hotchkiss reported to Providence Mount Carmel Hospital in Colville, Washington, and provided a urinalysis sample that tested presumptively positive for the presence of methamphetamine. The sample was sent to Alere Toxicology Services (Alere) for further analysis. On July 26, 2014, Alere reported the aforementioned urine sample tested positive for the presence of amphetamines. It should also be noted that on July 16, 2014, Mr. Hotchkiss admitted verbally to taking "a couple of hits" of methamphetamine on July 11, 2014.

On August 5, 2014, Mr. Hotchkiss reported for a substance abuse treatment session at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) in Colville, Washington, and submitted to random drug testing. The sample was sent to Redwood Toxicology Laboratory (Redwood) for further analysis. On August 14, 2014, this officer received the test results from Redwood that confirmed the sample collected on August 5, 2014, was positive for amphetamines.

Again, on August 18, 2014, Mr. Hotchkiss reported for a substance abuse treatment session at ADEPT in Colville, Washington, and submitted to random drug testing. The sample was sent to Redwood for further analysis. On September 2, 2014, this officer received the test results from Redwood that confirmed the sample collected on August 18, 2014, was positive for amphetamines. Upon being confronted regarding the positive result, Mr. Hotchkiss admitted to ingesting methamphetamine approximately 2 days prior. He denied using methamphetamine since that time.

Prob 12B
**Re: Hotchkiss, Jason D.**
**September 4, 2014**
**Page 2**

It appears Mr. Hotchkiss continues to struggle with methamphetamine use. When confronted about his continued drug use, Mr. Hotchkiss has consistently advised his associates and boredom are significant factors in his abuse of methamphetamine. To his credit, Mr. Hotchkiss recently obtained full-time employment at a lumber mill in Kettle Falls, Washington.

Currently, Mr. Hotchkiss is enrolled in intensive outpatient substance abuse treatment at ADEPT in Colville, Washington. The treatment provider has recommended Mr. Hotchkiss continue with intensive outpatient substance abuse counseling. He will also be required to submit to random weekly uranalysis testing as a part of his treatment program.

|     | Respectfully submitted, |
| --- | --- |
| by  | s/Erik Carlson |
|     | Erik Carlson<br>U.S. Probation Officer<br>Date: September 4, 2014 |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

September 5, 2014
Date